| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Biggers, Neal B. | 2. Court or Organization<br><br>U.S. Courts | 3. Date of Report<br><br>01/08/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>     magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

911 Jackson Avenue
Suite 388
Oxford, MS
37655-3622

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Biggers, Neal B. | 01/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | State of Mississippi Retirement Benefits | $37,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Biggers, Neal B. | 01/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcorn County, MS, farm | C | Rent | | | Sold | 04/01/18 | M | D | D. Dillworth |
| 2. Dearborn Securities (Common) | D | Dividend | M | T | | | | | |
| 3. Biggers Ace Hardware, Corinth, MS (Copr. Shareholder) | C | Dividend | M | W | | | | | |
| 4. Ultra Petroleum (Common) | | None | J | T | | | | | |
| 5. Teco Energy | D | Dividend | L | T | | | | | |
| 6. Street Tracks Gold Trust | | None | M | T | | | | | |
| 7. Occidental Petroleum | D | Dividend | M | T | | | | | |
| 8. Halliburton (HAL) | B | Dividend | L | T | | | | | |
| 9. Devon Corp. (DVN) | B | Dividend | L | T | | | | | |
| 10. Marathon Oil | A | Dividend | K | T | | | | | |
| 11. Costco | B | Dividend | K | T | | | | | |
| 12. Conoco Phillips (COPO) | B | Dividend | K | T | | | | | |
| 13. Kinder Morgan (KMP) | C | Dividend | M | T | | | | | |
| 14. Nova Gold (NG) | | None | J | T | | | | | |
| 15. Salient Energy (SMF) | | None | L | T | | | | | |
| 16. Vanguard National Resources (VNR) | B | Dividend | | | Sold | 12/21/18 | J | | |
| 17. Boeing (BA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Biggers, Neal B. | 01/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T (T) | B | Dividend | L | T | | | | | |
| 19. Goldman Sachs | | None | L | T | | | | | |
| 20. CIEN | | None | J | T | | | | | |
| 21. GLAXO (GSK) | | None | K | T | | | | | |
| 22. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 23. Ultra Petroleum Corp. (UPL) | | None | J | T | | | | | |
| 24. Marathon Petroleum Co | B | Dividend | L | T | | | | | |
| 25. Altria (MO) | B | Dividend | L | T | | | | | |
| 26. Google (GOOG) | | None | K | T | Buy (add'l) | 09/14/18 | J | | |
| 27. Advanced Micro (AMD) | | None | L | T | | | | | |
| 28. Home Depot (HD) | A | Dividend | K | T | | | | | |
| 29. Bank America (BA) | A | Dividend | J | T | | | | | |
| 30. Apache (APA) | | None | L | T | | | | | |
| 31. General Elec (GE) | A | Dividend | K | T | | | | | |
| 32. MM Account Coker Palmer | A | Interest | N | T | | | | | |
| 33. MM Account Oxford Univ. Bank | A | Interest | M | T | | | | | |
| 34. Exxon (XON) | D | Dividend | M | T | Buy (add'l) | 12/07/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Biggers, Neal B. | 01/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Endo (ENDP) | | None | J | T | | | | | |
| 36. Kinder Morgan | D | Dividend | L | T | | | | | |
| 37. General Mtrs (GM) | A | Dividend | K | T | | | | | |
| 38. Goldman Sachs (GAZ) | A | Dividend | J | T | | | | | |
| 39. Grupo TV (TV) | | None | K | T | | | | | |
| 40. Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 41. SPDR Gold (GLD) | | None | N | T | | | | | |
| 42. Schulmberger (SLB) | A | Dividend | M | T | | | | | |
| 43. California Res (CRC) | | None | K | T | | | | | |
| 44. Harvest Oil | | None | J | T | | | | | |
| 45. Microsoft (MSFT) | B | Dividend | K | T | | | | | |
| 46. United Parcel (UPS) | B | Dividend | L | T | Buy (add'l) | 03/27/18 | L | | |
| 47. Walmart (WMT) | B | Dividend | L | T | | | | | |
| 48. Ford Mtr (F) | A | Dividend | J | T | Buy (add'l) | 05/30/18 | J | | |
| 49. CVS Health Care (CVS) | A | Dividend | K | T | Buy | 12/08/18 | K | | |
| 50. CVS Health Care (CVS) | A | Dividend | J | T | Buy (add'l) | 12/16/18 | J | | |
| 51. Citigroup (C) | A | Dividend | J | T | Buy | 12/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Citigroup (C) | A | Dividend | K | T | Buy (add'l) | 12/08/18 | K | | |
| 53. British Petroleum (BP) | A | Dividend | K | T | Buy (add'l) | 12/08/18 | K | | |
| 54. Viacom (VIA) | A | Dividend | K | T | Buy | 12/03/18 | K | | |
| 55. Westrock (WRK) | A | Dividend | J | T | Buy | 10/11/18 | J | | |
| 56. Palo Alto Networks (PANW) | A | Dividend | K | T | Buy | 10/11/18 | K | | |
| 57. AT&T (T) | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 58. Magellan Midstream Partners (MMP) | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 59. Amazon (AMZN) | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 60. Immunomedics (IMMU) | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 61. Palo Alto Networks (PANW) | A | Dividend | J | T | Buy (add'l) | 10/22/18 | J | | |
| 62. Paypal (PYPL) | A | Dividend | K | T | Buy | 10/11/18 | K | | |
| 63. Paypal (PYPL) | A | Dividend | K | T | Buy (add'l) | 11/28/18 | K | | |
| 64. British Petroleum IBP) | A | Dividend | K | T | Buy | 09/20/18 | K | | |
| 65. Exxon (XOM) | A | Dividend | L | T | Buy (add'l) | 02/09/18 | L | | |
| 66. Westrock (WRK) | A | Dividend | K | T | Buy (add'l) | 10/22/18 | L | | |
| 67. British Petroleum | A | Dividend | K | T | Buy (add'l) | 10/11/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Biggers, Neal B. | 01/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

The lateness of this statement has been as a result of serious eye problems of the undersigned which began approximately one year ago, and have necessitated three retinal surgeries and multiple infusions (shots) in the eye. The information required to complete the statement was on small print documents and personal reports which needed to be completed by the undersigned and preferred not to be delegated. The list of assets invovled here were turned over to the Clerk's Office last year so that any cases assigned to me could be assigned to another judge if a conflict existed. One such situation occured and was handled accordingly. While not totally healed, and at least one additional surgery may be required, the progress has been enough that with more than ususal effort the statement has been completed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Neal B. Biggers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544